UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER NEILANDER and DARRELL NEILANDER, | : | CIVIL ACTION NO.: |
| Plaintiffs | : | 3:11-CV-01973 (JCH) |
| - v - | : | |
| ROBERT GHENT, RAY BRENNAN'S CONSUMER LEASING, INC. and RAY BRENNAN | : | |
| Defendants | : | May 4, 2012 |

## AFFIDAVIT OF ROBERT GHENT

I, ROBERT GHENT, being duly sworn, hereby depose and say:

1. I am above the age of eighteen and believe in the obligation of an oath.

2. I make this affidavit of my own personal knowledge.

3. Upon Knowledge information and belief, Ray Brennan's Consumer Leasing, Inc. ("RBCL") is a Connecticut corporation with a principal place of business in Middlebury, Connecticut and Raymond Brennan is the President of RBCL.

4. On November 2, 2006, RBCL loaned the Plaintiffs, Darrell Neilander and Jennifer Neilander, the sum of Fifteen Thousand Dollars ($15,000.00).

5. The Plaintiffs signed a Promissory Note, agreeing to make monthly payments and to pay the balance in full by December 31, 2007.

6. Ghent is acquainted with Brennan through Ghent's representation of community association known as "Avalon Farms Home Owners Association" in connection with its claims against its developer and Town of Middlebury, as well as through commercial real estate transactions entered into with an associate William Hawthorn.

7. Upon knowledge information and belief, Brennan, Neilander and Hawthorn were each associated in a used car business known operated in Wallingford Connecticut known as "AutoPlus".

8. That prior to April 2012, I had no knowledge of the existence of a Connecticut Corporation known as Ray Brennan's Consumer Leasing, Inc. and had not previously undertaken the collection of any debt owed to Ray Brennan's Consumer Leasing, Inc.

9. I am a sole practitioner and do not regularly collect consumer debts.

10. Other than the action that gave rise to this proceeding, the total number of consumer debt communications and or collection related litigation pursued totals is _____0_____. A copy of the Case List for the period from January 1, 2010 to present as detailed on the State of Connecticut Judicial Branch website is annexed as Exhibit "A".

11. Most if not all of the collection work performed is in the nature of commercial debt arising in connection with construction claims and disputes.

12. Consumer debt collection activity, if at all, is sporadic.

13. There are no personnel specifically assigned to work on debt collection activity.

14. There are no systems or contractors in place to facilitate such activity.

15. There is no ongoing relationship with Ray Brennan's Consumer leasing, Inc. and there is no ongoing relationship with Ray Brennan personally regarding the collection of outstanding consumer debt obligations.

_____
Robert Ghent

Subscribed and Sworn to this 4th day of May 2012.

_____
Rosemarie Moncas
Commissioner of Superior Court
Notary Public
My Commission expire: 7/31/12

## Case List for ROBERT E GHENT as of 4/24/2012
### State of Connecticut – Judicial Branch

| | | | |
|---|---|---|---|
| CV | CV-10-4012828-S | JEMMA PROPERTIES V. RANNO, MICHAEL | Meriden |
| CV | CV-10-6002042-S | CITY OF MIDDLETOWN V. GEORGE STREET OF MID | Middletown |
| CV | CV-10-6002280-S | RBS CITIZENS, NATION V. GEORGE STREET OF MID | Middletown |
| CV | CV-10-6002539-S | R & R CONSTRUCTION, V. GIORDANO, RALPH | Rockville |
| CV | CV-10-6002643-S | ACADIA INSURANE COMP V. HUGMAN COMPANY, INC. | Litchfield |
| CV | CV-10-6003018-S | DANIEL, KATHERINE V. AFFILIATED REALTY, L | Danbury |
| CV | CV-10-6003309-S | EXCEL HOMES, LLC V. COOKE MANAGEMENT, LL | Waterbury |
| CV | CV-10-6003328-S | TBD CAPITAL, LLC V. CRESCENT MANOR, LLC | Waterbury |
| CV | CV-10-6003955-S | CITY OF WATERBURY, B V. SALEM MANAGEMENT, LL | Waterbury |
| CV | CV-10-6004780-S | TBD CAPITAL, LLC V. BOARD OF ASSESSMENT | Waterbury |
| CV | CV-10-6005279-S | BENTLEY, JULIA PPA V. EMMANUELI, ALADINO | Waterbury |
| CV | CV-10-6005751-S | COOKE MANAGEMENT, LL V. CITY OF WATERBURY BO | Waterbury |
| CV | CV-10-6005851-S | VENTURE CAPITAL GROU V. VENDITTI, JOHN | Waterbury |
| CV | CV-10-6007434-S | HUGMAN COMPANY, INC. V. BRYANT, MARK | Stamford |
| CV | CV-10-6007957-S | TD BANK, N.A. V. THOMAS, EDMUND | Waterbury |
| CV | CV-11-4026402-S | FISHER HOLDINGS V. GRANDROCK | Waterbury |
| CV | CV-11-6008351-S | TD BANK, N.A. V. E & M CUSTOM HOMES, | Waterbury |
| CV | CV-11-6008851-S | JOHNSON, ALLAN V. DRENA, BRIAN | New Britain |
| CV | CV-11-6008922-S | NEGRON, ALBERTO V. THOMAS, EDMUND | Waterbury |
| CV | CV-11-6009007-S | BRADLEY GARDEN, INC. V. BUTT (4-12A), MAZHAR | Waterbury |
| CV | CV-11-6009008-S | BRADLEY GARDEN, INC. V. BUTT (4-16B), MAZHAR | Waterbury |
| CV | CV-11-6009009-S | BRADLEY GARDEN, INC. V. BUTT, MAZHAR | Waterbury |
| CV | CV-11-6009016-S | BRADLEY GARDEN, INC, V. MARKS, JAY | Waterbury |
| CV | CV-11-6009017-S | BRADLEY GARDEN, INC. V. HEINLEIN (6-9C), THO | Waterbury |
| CV | CV-11-6009018-S | BRADLEY GARDENS, INC V. HEINLEIN (6-1D), THO | Waterbury |
| CV | CV-11-6009020-S | BRADLEY GARDENS, INC V. HUTCHINSON, JONATHAN | Waterbury |
| CV | CV-11-6009021-S | BRADLEY GARDEN, INC V. KKR PROPERTIES, LLC | Waterbury |
| CV | CV-11-6009022-S | BRADLEY GARDEN, INC. V. KKR PROPERTIES, LLC | Waterbury |
| CV | CV-11-6009023-S | BRADLEY GARDEN, INC. V. KKR PROPERTIES, LLC | Waterbury |
| CV | CV-11-6009146-S | PONGONIS, NICOLE V. CONNECTICUT HOUSING | Waterbury |
| CV | CV-11-6009147-S | PONGONIS, NICOLE V. J.A. HOUDE, INC. | Waterbury |
| CV | CV-11-6009365-S | CITY OF WATERBURY, B V. GARDEN OF WATERBURY | Waterbury |
| CV | CV-11-6009912-S | BRADLEY GARDEN, INC. V. BOGGIANO, BRYAN | Waterbury |
| CV | CV-11-6009924-S | PARADIGM HEALTH CARE V. TOWN OF PROSPECT | Waterbury |
| CV | CV-11-6010280-S | NATIONSTAR MORTGAGE, V. CALABRESE, THOMAS | Waterbury |
| CV | CV-11-6012765-S | RAY BRENNANS CONSUME V. NEILANDER, DARREL | Waterbury |
| CV | CV-11-6022640-S | COLONIAL PROPERTIES, V. JEMMA PROPERTIES, LL | New Haven |
| CV | CV-12-6008920-S | AFFILIATED REALTY, L V. MARCINIAK, BRIANNA | Danbury |
| CV | CV-12-6013226-S | BRADLEY GARDENS, INC V. BUTT, ASHFAQ | Waterbury |
| CV | CV-12-6013259-S | THE BANK OF NEW YORK V. MAY-CHERUBIN, LUCIA | Waterbury |
| CV | CV-12-6014142-S | GHENT, ROBERT V. AL-JANABY, MOHAMMAD | Waterbury |