UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER NEILANDER,<br>DARRELL NEILANDER<br>PLAINTIFFS | CIVIL ACTION NO:<br>3:11-CV-01973 {JCH} |
| V. | |
| ROBERT GHENT<br>RAY BRENNAN'S CONSUMER LEASING INC<br>RAY BRENNAN, PRESIDENT | MAY 29, 2012 |

## JOINT NOTICE OF SETTLEMENT

The undersigned parties, Plaintiff Darrell Neilander and Jennifer Neilander on their behalf and the Defendant s Ray Brennan Consumer Leasing Inc and Ray Brennan President, through its attorneys, Anthony J Pantuso III, The Quin Law Firm LLC, hereby file this Joint Notice of Settlement. The parties reached a settlement in this matter on May 23, 2012.

THE PLAINTIFFS,
**JENNIFER NEILANDER**
**DARRELL NEILANDER**

By _____
Darrell Neilander (Pro Se)
30 King Street
Wallingford, CT 06492
203-376-4407

By _____
Jennifer Neilander
30 King Street
Wallingford, CT 06492
203-376-4541

THE DEFENDANTS
**RAY BRENNANS CONSUMER LEASING INC**
**RAY BRENNAN, PRESIDENT**

By _____
Anthony J Pantuso III Esq.
The Quinn Law Firm, LLC,
204 Broad Street
Milford, CT 06460
203-877-5400
203-877-5416

1

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 29, 2011, a copy of the foregoing was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By *[signature]*
Darrell Neilander, Plaintiff.