UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JENNIFER NEILANDER,            CIVIL ACTION NO:
DARRELL NEILANDER             3:11-CV-01973 {JCH}
PLAINTIFFS

V.

ROBERT GHENT
RAY BRENNAN'S CONSUMER LEASING INC
RAY BRENNAN, PRESIDENT           MAY 29, 2012

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate for dismissal of this action with prejudice in accordance with the Joint Notice of Settlement which has been filed with the Court.

THE PLAINTIFFS,
**JENNIFER NEILANDER**
**DARRELL NEILANDER**

By_____
Darrell Neilander (Pro Se)
30 King Street
Wallingford, CT 06492
203-376-4407

By_____
Jennifer Neilander
30 King Street
Wallingford, CT 06492
203-376-4541

THE DEFENDANTS
**RAY BRENNANS CONSUMER INC**
**RAY BRENNAN, PRESIDENT**

By_____
Anthony J Pantuso III Esq.
The Quinn Law Firm, LLC,
204 Broad Street
Milford, CT 06460
203-877-5400
203-877-5416

1

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2011, a copy of the foregoing was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By _____
Darrell Neilander, Plaintiff.