UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER NEILANDER,<br>DARRELL NEILANDER<br>PLAINTIFFS | CIVIL ACTION NO:<br>3:11-CV-01973 {JCH} |
| V. | |
| ROBERT GHENT<br>RAY BRENNAN'S CONSUMER LEASING INC<br>RAY BRENNAN, PRESIDENT | JUNE 7, 2012 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate for dismissal of this action with prejudice in accordance with the Joint Notice of Settlement which has been filed with the Court.

THE PLAINTIFFS,
**JENNIFER NEILANDER**
**DARRELL NEILANDER**

By _[signature]_
Darrell Neilander (Pro Se)
30 King Street
Wallingford, CT 06492
203-376-4407

By _[signature]_
Jennifer Neilander
30 King Street
Wallingford, CT 06492
203-376-4541

THE DEFENDANT
**ROBERT GHENT**

By Robert Ghent ct-08690
Robert Ghent Esq.
193 Grand Street Suite 414
P O Box 1905
Waterbury, CT 06702
203-597-1077

1

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2012 a copy of the foregoing was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By _____
Darrell Neilander, Plaintiff.